LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASPIRE PUBLIC SCHOOLS, et al., | No. 1:09-cv-01207 LJO-SMS |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiffs have challenged the delay in adjudication of an I-140, Immigrant Petition for Alien Worker by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to this matter at the administrative level. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

    The parties therefore stipulate that the time for filing the government's answer be extended to December 9, 2009, and that the scheduling conference, currently set for October 22, 2009, be reset to sometime after the new answer due date.

Dated: January 3, 2008

                                             LAWRENCE G. BROWN
                                             United States Attorney


                        By:    /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Defendants

```
 1
 2                         By:     /s/ Thomas J. Stefanski
                                   Thomas J. Stefanski
 3                                 Attorney for the Plaintiffs
 4
 5
 6
                                    ORDER
 7
        Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
 8
    ORDERED that the defendants' Answer is due on December 9, 2009, and that the scheduling
 9
    conference is reset from October 22, 2009  to   January 19, 2010 at 9:30a.m. before Judge Snyder
10
    in Courtroom #7.
11
12
    IT IS SO ORDERED.
13
14  Dated:     October 2, 2009                     /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE
15
```