BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPIRE PUBLIC SCHOOLS, et al., | No. 1: 09-CV-1207 LJO SMS |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in adjudication of an I-140, Immigrant Petition for Alien Worker by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that as of the date of this filing, the matter has been adjudicated. Accordingly, the parties stipulate to dismissal.

Dated: November 18, 2009

                BENJAMIN B. WAGNER
                United States Attorney

         By: /s/Audrey Hemesath
            Audrey B. Hemesath
            Assistant U.S. Attorney
            Attorneys for the Defendants

         By: /s/ Thomas J. Stefanski
            Thomas J. Stefanski
            Attorney for the Plaintiffs

1
2
3                                              <u>ORDER</u>
4      Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
       ORDERED that the matter is dismissed.
5
                                  UNITED STATES DISTRICT JUDGE
6
7
8    IT IS SO ORDERED.
9    **Dated:**   <u>**December 9, 2009**</u>            <u>  /s/ Lawrence J. O'Neill  </u>
                                                      UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28